# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. et al<br>    Plaintiffs,<br>v.<br><br>PAYCHEX, INC.<br>    Defendant.<br><br>NEXON AMERICA, INC.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:16-cv-1316-RWS<br>*CONSOLIDATED LEAD CASE*<br><br>**JURY TRIAL DEMANDED**<br><br>CIVIL ACTION NO. 2:17-cv-281-RWS |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NEXON AMERICA, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

On this day, the Court considered Uniloc USA, Inc. and Uniloc Luxembourg, S.A.'s (collectively "Uniloc") Notice of Dismissal Without Prejudice of Defendant, Nexon America, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Docket No. 99).

In light of the Notice of Dismissal, it is hereby **ORDERED** that Uniloc's action against Defendant, Nexon America, Inc., has been **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, attorneys' fees, and expenses. All pending motions as between Uniloc and Nexon America, Inc., are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to terminate Defendant Nexon America, Inc. from the Lead case (2:16-cv-1316). The Clerk of the Court is further directed to close this case (2:17-cv-281).

**SIGNED this 11th day of October, 2017.**

*Robert W. Schroeder III* (signature)
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE